UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| DERBY CAPITAL, LLC, *et al* | ) |
| Plaintiffs | ) ) ) ) |
| v. | ) Case No. 3:12-CV-000850-TBR ) |
| TRINITY HR SERVICES, LLC, et al | ) ) ) |
| Defendants | ) |

**DEFENDANT TRINITY HR, LLC'S MOTION TO DISMISS PLAINTIFFS'
COMPLAINT FOR FAILURE TO STATE A CLAIM AND INCORPORATED
MEMORANDUM OF LAW**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Trinity HR, LLC ("Movant") respectfully moves this Court for an order dismissing Plaintiffs Derby Capital, LLC's and Derby Capital JOB, LLC's Verified Complaint as against Movant. Plaintiffs have, literally, failed to state any claims against Movant (e.g. Movant is not named in any of the Counts as to which relief is sought). A form of proposed order is attached.

/s/ Judson Wagenseller_____
Judson B. Wagenseller
11921 Brinley Ave., Suite 203
Louisville, KY  40243
(502) 410-6905
January 17, 2013           Fax (502) 410-6902
*Judwag@insightbb.com*

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2013 I filed electronically Defendant's Motion to Dismiss through the ECF system, which sent notice of electronic filing to

J. Bruce Miller
Norma C. Miller
J. BRUCE MILLER LAW GROUP
Waterfront Plaza, 20th
325 W. Main Street
Louisville, KY 40202
*Counsel for Plaintiffs*

I hereby certify that on January 17, 2013 I sent via U.S. Mail a copy of the foregoing Motion to Dismiss to:

LEED HR, LLC
Michael Schroering
2650 Eastpoint Parkway, Suite 280
Louisville, KY 40223

General Employment Enterprises, Inc.
One Tower Lane, Suite 2200
Oakbrook Terrace, Illinois, 60181

Securities & Exchange Commission
100 F. Street N.E.
Washington, D.C. 20549


/s/ Judson B. Wagenseller_____
Judson B. Wagenseller