**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:12-CV-850-R**

DERBY CAPITAL, LLC, *et al.*                                                                      PLAINTIFFS

V.

TRINITY HR SERVICES, LLC, *et al.*                                              DEFENDANTS

**O R D E R**

A telephonic conference was held on June 10, 2013.

Appearances:
For the plaintiff:     J. Bruce Miller
For the defendant:     Judson B. Wagenseller

**IT IS ORDERED.**

A **telephonic conference** is set on **June 27, 2013 at <u>12:00 Noon EDT.</u>**

The Court will initiate the call.

cc:     Counsel

P|09