UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| DERBY CAPITAL, LLC <br> and <br> DERBY JOB, LLC <br>                 Plaintiffs <br> v. <br><br> TRINITY HR SERVICES, LLC, <br> TRINITY HR, LLC, <br> BRANDON SIMMONS, <br> TIFFANY SIMMONS, <br> JUDSON BAYARD WAGENSELLER <br> MICHAEL K. SCHROERING <br> and <br> LEED HR, LLC <br>                 Defendants | ) <br> ) <br> ) <br> ) <br> ) Case No. 3:12-CV-00850-TBR) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEAL

Notice is hereby given that Derby Capital, LLC and Derby JOB, LLC, ("Plaintiffs") in the above-named case, hereby appeal, as against the above-named Defendants, to the United States Court of Appeals for the Sixth Circuit from:

1. an Order (Docket #58) denying, with prejudice, Plaintiffs Motion (Docket #46) filed pursuant to Fed. R. Civ. Proc. 59 *et seq.* requesting the Court's reconsideration of its Opinion/Order Dated June 7, 2013, (Docket #43); and

2. an Order (Docket #59) granting, without prejudice, the Defendant, Trinity HR Services, LLC's Motion to Decline Supplemental Jurisdiction (Docket No. 47)

both Orders being entered, by the District Court in this action, on the 20th day of August, 2013.

1

Dated: August 29, 2013                                      Respectfully submitted,

                                                            _____/s/_____
                                                            J. Bruce Miller
                                                            **J. BRUCE MILLER LAW GROUP**
                                                            Waterfront Plaza, 20th Floor
                                                            325 W. Main St.
                                                            Louisville, Kentucky 40202
                                                            Ph. 502-587-0900
                                                            Fx. 502-587-7756
                                                            *Counsel for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2013, I filed electronically the Plaintiffs, Derby Capital, LLC and Derby Capital JOB, LLC's foregoing Notice of Appeal to the Sixth Circuit through the ECF system, which sent notice of electronic filing to:

Joshua T. Rose, Esq.
Hummel Coan Miller Sage & Rose LLC
239 South Fifth Street, Suite 1700
Louisville, Kentucky 40202-3268
jrose@hcmsrlaw.com *Counsel for Defendants Michael K. Schroering and LEED HR, LLC*

Judson B. Wagenseller, Esq.
11921 Brinley Avenue, Suite 203
Louisville, Kentucky 40243
Judwag@insightbb.com *Counsel pro se and for Defendants Brandon and Tiffany Simmons Individually, Trinity HR Services, LLC, and Trinity HR, LLC*

William J. Hunter, Jr.
Stoll Keenon Ogden PLLC
2000 PNC Plaza, 500 West Jefferson Street
Louisville, Kentucky 40202 *Counsel for General Employment Enterprises, Inc*

David Hale, United States Attorney
c/o: Brady Miller Assistant U.S. Attorney
717 W. Broadway
Louisville, Kentucky 40202
Email: brady.miller@usdoj.gov *Counsel for the Securities & Exchange Commission*

And by mailing, postage prepaid to:

United States Court of Appeals for the Sixth Circuit
Clerk's Office
540 Potter Stewart, U.S. Courthouse
100 E. 5th St.
Cincinnati, Ohio 45202

                                                                             /s/
                                                  J. Bruce Miller.