NO. 13-CI-002864                          JEFFERSON CIRCUIT COURT
                                                                                DIVISION 10
                                     HON. ANGELA McCORMICK BISIG

**JUDSON B. WAGENSELLER**, *et al.*                                        **PLAINTIFFS**

vs.

**JBM PARTNERS, LLC,** *et al*                                                     **DEFENDANTS**

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

The parties having agreed, and the Court being well and sufficiently advised,

IT IS ORDERED AND ADJUDGED that the above-styled action is hereby DISMISSED WITH PREJUDICE, subject to the Retraction attached hereto.

IT IS FURTHER ORDERED that each party shall bear his, her or its own costs and attorney fees.

This is a final and appealable order and there is no just cause or reason for delay.

Entered this 16 day of December, 2013.

_____
JUDGE, JEFFERSON CIRCUIT COURT

HAVE SEEN AND AGREE TO:

*[signature: Michael A. Valenti]*

Michael A. Valenti, Esq.
Lee S. Archer, Esq.
VALENTI HANLEY & ROBINSON, PLLC
401 W. Main Street, Suite 1950
Louisville, KY 40202
(502) 568-2100
*Co-Counsel for Plaintiffs*


*[signature: Judson B. Wagenseller by MAV with consent]*

Judson B. Wagenseller, Esq.
11921 Brinley Ave.
Louisville, KY 40243
(502) 553-6733
*Co-Counsel for Plaintiffs*


*[signature: J. Bruce Miller]*

J. Bruce Miller, Esq.
J. BRUCE MILLER LAW GROUP
Waterfront Plaza, 20th Floor
325 W. Main Street
Louisville, KY 40202
*Counsel for Defendants*

Derby Capital, LLC, Derby Capital JOB, LLC, J. Sherman Henderson, Jeff Moody, Mike Wagner, George Lawson, Ted Randall, Joe Shultz, JBM Partners, LLC, J. Bruce Miller and Norma Miller (the "Derby Parties"), certain of whom were plaintiffs in Case No. 3:12-cv-00850-R in U.S. District Court, Western District of Kentucky, formerly under appeal to the U.S. Court of Appeals for the Sixth Circuit in Case No. 13-6143 (the "Federal Case"), and/or defendants in Case No. 13-CI-002864 pending in Jefferson Circuit Court, Jefferson County, Kentucky (the "State Case") hereby acknowledge that allegations made by or on behalf of the Derby Parties in the pleadings in the Federal Case and the State Case asserting or implying that -- Tiffany Simmons, Brandon Simmons, Judson Wagenseller, Michael Schroering and LEED HR, LLC and LEED HR Services, LLC (the "Federal Defendants"), defendants in the Federal Case -- had ever engaged in any criminal, unethical or otherwise wrongful activities or actions (i.e. actions for which the legal system provides a remedy), are now believed by the Derby parties to be either incorrect or subject to substantial doubt based upon the Derby Parties' continuing due diligence after filing such pleadings, along with the helpful and cooperative assistance of the Federal Defendants and their representatives in clarifying what were original mis-impressions by the Derby Parties as to the facts they asserted.

As of December 9, 2013

DERBY CAPITAL, LLC

By:_____
Title:_____

DERBY CAPITAL JOB, LLC

By:_____
Title:_____

_____
J. Sherman Henderson

_____
Jeff Moody

_____
Mike Wagner

/s/ George Lawson by /s/ [illegible] [By permission see attached]
George Lawson

/s/ Joe Shultz by /s/ [illegible] [By permission see attached]
Joe Shultz

_____
Ted Randall

JBM PARTNERS, LLC

By: /s/ [illegible]
Title: SENIOR PARTNER

/s/ J. Bruce Miller
J. Bruce Miller

/s/ Norma Miller
Norma Miller

Gmail - State Case Settlement and Retraction: 12/16/13 9:09 AM



jbruce miller <jbrucemiller65@gmail.com>

## State Case Settlement and Retraction:

**Joe Shultz** <shultzjws@gmail.com>  Thu, Dec 12, 2013 at 8:50 PM
To: jbruce miller <jbrucemiller65@gmail.com>
Cc: Sherman Henderson <shenderson@derby-agency.com>, Sherm Henderson <shermhenderson@me.com>, Jeff Moody <jeffrey.alan.moody@gmail.com>, Mike Wagner <mwagner@ntsolutionsinc.com>, George Lawson <gmlusmtg@yahoo.com>, Ted Randall <jamesonshawfinancial@gmail.com>

Bruce I am authorizing you to sign the court copy on my behalf. JW

[Quoted text hidden]

Gmail - State Case Settlement and Retraction:                                                      12/16/13 9:12 AM



jbruce miller <jbrucemiller65@gmail.com>

## State Case Settlement and Retraction:

**George Lawson** <gmlusmtg@yahoo.com>                                Thu, Dec 12, 2013 at 11:19 AM
To: jbruce miller <jbrucemiller65@gmail.com>
Cc: Sherm Henderson <shermhenderson@me.com>, Sherman Henderson <shenderson@derby-agency.com>, Mike Wagner <mwagner@ntsolutionsinc.com>, Jeff Moody <jeffrey.alan.moody@gmail.com>, Ted Randall <jamesonshawfinancial@gmail.com>, Joe Shultz <shultzjws@gmail.com>

   Good by George go cards Lawson   Boo

   Sent from my iPhone
   [Quoted text hidden]

        <Derby Retraction-2.pdf>

Derby Capital, LLC, Derby Capital JOB, LLC, J. Sherman Henderson, Jeff Moody, Mike Wagner, George Lawson, Ted Randall, Joe Shultz, JBM Partners, LLC, J. Bruce Miller and Norma Miller (the "Derby Parties"), certain of whom were plaintiffs in Case No. 3:12-cv-00850-R in U.S. District Court, Western District of Kentucky, formerly under appeal to the U.S. Court of Appeals for the Sixth Circuit in Case No. 13-6143 (the "Federal Case"), and/or defendants in Case No. 13-CI-002864 pending in Jefferson Circuit Court, Jefferson County, Kentucky (the "State Case") hereby acknowledge that allegations made by or on behalf of the Derby Parties in the pleadings in the Federal Case and the State Case asserting or implying that -- Tiffany Simmons, Brandon Simmons, Judson Wagenseller, Michael Schroering and LEED HR, LLC and LEED HR Services, LLC (the "Federal Defendants"), defendants in the Federal Case -- had ever engaged in any criminal, unethical or otherwise wrongful activities or actions (i.e. actions for which the legal system provides a remedy), are now believed by the Derby parties to be either incorrect or subject to substantial doubt based upon the Derby Parties' continuing due diligence after filing such pleadings, along with the helpful and cooperative assistance of the Federal Defendants and their representatives in clarifying what were original mis-impressions by the Derby Parties as to the facts they asserted.

As of December 9, 2013

DERBY CAPITAL, LLC

By:_____
Title:_____


DERBY CAPITAL JOB, LLC


By:_____
Title:_____


_____
J. Sherman Henderson


_____/s/ Jeff Moody_____
Jeff Moody


_____
Mike Wagner


_____
George Lawson


_____
Joe Shultz


_____
Ted Randall


JBM PARTNERS, LLC


By:_____
Title:_____


_____
J. Bruce Miller


_____
Norma Miller

Derby Capital, LLC, Derby Capital JOB, LLC, J. Sherman Henderson, Jeff Moody, Mike Wagner, George Lawson, Ted Randall, Joe Shultz, JBM Partners, LLC, J. Bruce Miller and Norma Miller (the "Derby Parties"), certain of whom were plaintiffs in Case No. 3:12-cv-00850-R in U.S. District Court, Western District of Kentucky, formerly under appeal to the U.S. Court of Appeals for the Sixth Circuit in Case No. 13-6143 (the "Federal Case"), and/or defendants in Case No. 13-CI-002864 pending in Jefferson Circuit Court, Jefferson County, Kentucky (the "State Case") hereby acknowledge that allegations made by or on behalf of the Derby Parties in the pleadings in the Federal Case and the State Case asserting or implying that -- Tiffany Simmons, Brandon Simmons, Judson Wagenseller, Michael Schroering and LEED HR, LLC and LEED HR Services, LLC (the "Federal Defendants"), defendants in the Federal Case -- had ever engaged in any criminal, unethical or otherwise wrongful activities or actions (i.e. actions for which the legal system provides a remedy), are now believed by the Derby parties to be either incorrect or subject to substantial doubt based upon the Derby Parties' continuing due diligence after filing such pleadings, along with the helpful and cooperative assistance of the Federal Defendants and their representatives in clarifying what were original mis-impressions by the Derby Parties as to the facts they asserted.

As of December 9, 2013

DERBY CAPITAL, LLC

By: _____
Title: _____

DERBY CAPITAL JOB, LLC

By: _____
Title: _____

J. Sherman Henderson

_____
Jeff Moody

_____
Mike Wagner

_____
George Lawson

_____
Joe Shultz

_____
Ted Randall

JBM PARTNERS, LLC

By: _____
Title: _____

_____
J. Bruce Miller

_____
Norma Miller

Derby Capital, LLC, Derby Capital JOB, LLC, J. Sherman Henderson, Jeff Moody, Mike Wagner, George Lawson, Ted Randall, Joe Shultz, JBM Partners, LLC, J. Bruce Miller and Norma Miller (the "Derby Parties"), certain of whom were plaintiffs in Case No. 3:12-cv-00850-R in U.S. District Court, Western District of Kentucky, formerly under appeal to the U.S. Court of Appeals for the Sixth Circuit in Case No. 13-6143 (the "Federal Case"), and/or defendants in Case No. 13-CI-002864 pending in Jefferson Circuit Court, Jefferson County, Kentucky (the "State Case") hereby acknowledge that allegations made by or on behalf of the Derby Parties in the pleadings in the Federal Case and the State Case asserting or implying that -- Tiffany Simmons, Brandon Simmons, Judson Wagenseller, Michael Schroering and LEED HR, LLC and LEED HR Services, LLC (the "Federal Defendants"), defendants in the Federal Case -- had ever engaged in any criminal, unethical or otherwise wrongful activities or actions (i.e. actions for which the legal system provides a remedy), are now believed by the Derby parties to be either incorrect or subject to substantial doubt based upon the Derby Parties' continuing due diligence after filing such pleadings, along with the helpful and cooperative assistance of the Federal Defendants and their representatives in clarifying what were original mis-impressions by the Derby Parties as to the facts they asserted.

As of December 9, 2013

DERBY CAPITAL, LLC

By:_____
Title:_____

DERBY CAPITAL JOB, LLC

By:_____
Title:_____

_____
J. Sherman Henderson

_____
Jeff Moody

_____
Mike Wagner

_____
George Lawson

_____
Joe Shultz

_/s/ Ted Randall_____
Ted Randall

JBM PARTNERS, LLC

By:_____
Title:_____

_____
J. Bruce Miller

_____
Norma Miller